No. 77–6171. Exum v. Perini, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 77–6173. Green v. Warden, Maryland State Penitentiary. C. A. 4th Cir. Certiorari before judgment denied.

No. 77–6179. Naylor v. Superior Court of Arizona, County of Maricopa, et al. C. A. 9th Cir. Certiorari denied.

No. 77–6182. Tippett v. Missouri. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 77–6183. Williams et al. v. Hoyt et al. C. A. 5th Cir. Certiorari denied.

No. 77–6185. Rogers v. Thirty-Seventh Judicial Court et al. C. A. 10th Cir. Certiorari denied.

No. 77–6207. Cardillo v. Bell, Attorney General, et al. C. A. 3d Cir. Certiorari denied.

No. 77–6214. Simpson v. Kreiger, Sheriff. C. A. 6th Cir. Certiorari denied.

No. 77–6220. Pico-Zazueta v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–6243. Smith v. United States. C. A. 10th Cir. Certiorari denied.

No. 77–6249. Howze v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–6257. Hudson v. United States. C. A. 4th Cir. Certiorari denied.

No. 77–6262. Bull v. United States. C. A. 4th Cir. Certiorari denied.